**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **KATHY L WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No. 1:25-cv-00435-ALT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** *sued as Frank J. Bisignano, Commissioner of the Social Security Administration*, | ) | |
| | ) | |
| **Defendant.** | ) | |

**OPINION AND ORDER**

On June 15, 2026, this Court entered an Order remanding this appeal of Plaintiff Kathy L. Wilson's denial of Supplemental Security Income, Disability Insurance Benefits, and Period of Disability to the Social Security Administration for further proceedings. (ECF 27). On September 8, 2026, Plaintiff filed a motion for award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, together with supporting documentation, seeking $13,732.54 for attorney fees and $405.00 in costs for 51.6 hours of attorney work and 2 hours of paralegal work. (ECF 29). On September 14, 2026, Defendant filed a response indicating that the Commissioner does not oppose Plaintiff's request. (ECF 30).

The EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses … incurred by that party in any civil action… , including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Here, Plaintiff's request for an award of $13,732.54 for attorney fees and $405.00 in costs is unopposed. (ECF 30).

Therefore, Plaintiff's unopposed motion for attorney fees pursuant to the of EAJA (ECF 29) is GRANTED. Plaintiff is awarded $13,732.54 for attorney fees and $405.00 in costs in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA.

Any fees paid belong to Plaintiff Kathy L. Wilson and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney, **Forbes Rodman P.C.,** pursuant to the EAJA assignment duly signed by Plaintiff. (*See* ECF 29-1, 29-5). If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record**: 312 N Wayne St., P.O. Box 374, Angola, IN 46703.**

SO ORDERED.

Entered this 14th day of September 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge